David I. NAMER, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 12–1937.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 6, 2012.

Filed: Sept. 12, 2012.

David I. Namer, Forrest City, AR, pro se.

Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Federal inmate David Namer appeals the district court's [1] adverse grant of summary judgment in his action brought under the Federal Tort Claims Act. Upon de novo review, *see Meuir v. Greene Cnty. Jail Emps.*, 487 F.3d 1115, 1118 (8th Cir. 2007), we agree that summary judgment was proper for the reasons the district court stated. To the extent Namer challenges any of the district court's discovery rulings, we conclude the court did not abuse its discretion. *See id.* at 1120. Ac-

---

sentenced him to 120 months, the waiver did not become effective.

1. The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

cordingly, we affirm the judgment. *See* 8th Cir. R. 47B.